UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GUSTAVO OROZCO, | ) Case No. CV 08-7390-R(AJW) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| CONNIE GIPSON, Warden, | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is **denied.**

Dated: ___May 31, 2013___

_____
Manuel L. Real
United States District Judge